UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL G. TATE & JAMES TATE,<br><br>     Plaintiff,<br><br>  v.<br><br>AMERICAN SERVICING COMPANY; WELLS FARGO MORTGAGE; NDEX WEST LLC,<br><br>     Defendants. | Case No. EDCV 12-00735 VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint against Wells Fargo Bank be DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: July 26, 2012

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　United States District Judge