UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL G. TATE & JAMES TATE,<br><br>           Plaintiff,<br><br>     v.<br><br>NDEX WEST, LLC,<br><br>           Defendants. | Case No. EDCV 12-00735 VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against NDeX West, LLC be DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: 12eptember 27, 20

　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　United States District Judge