**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL G. TATE & JAMES TATE, | Case No. EDCV 12-00735 VAP (OPx) |
| Plaintiff, | **AMENDED JUDGMENT** |
| v. | |
| AMERICAN SERVICING COMPANY; WELLS FARGO MORTGAGE; NDEX WEST LLC, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint against Wells Fargo Bank **and American Servicing Company** be DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: September 28, 2012

_____
VIRGINIA A. PHILLIPS
United States District Judge