**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CAROL G. TATE & JAMES TATE, | ) ) ) | Case No. EDCV 12-00735 VAP (OPx) |
|---|---|---|
| Plaintiff, | ) ) | **AMENDED JUDGMENT** |
| v. | ) ) | |
| AMERICAN SERVICING COMPANY; WELLS FARGO MORTGAGE; NDEX WEST LLC, | ) ) ) ) | |
| Defendants. | ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint against Wells Fargo Bank **and American Servicing Company** be DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: September 28, 2012

                                         *Virginia A. Phillips*
                                       VIRGINIA A. PHILLIPS
                                     United States District Judge